UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAULINE LEE,

          Plaintiff,

    v.

UNITED STATES OF AMERICA
and DOES ONE through
TWENTY, inclusive,

          Defendants.
_____/

NO. CIV. S-11-2374 LKK/DAD

O R D E R

    On September 8, 2011, a pretrial scheduling conference was set in the above-captioned case for November 14, 2011 at 1:30 P.M. Docs. Iss., ECF No. 5.

    On November 10, 2011, the status conference set for November 14, 2011 was continued to February 6, 2012 at 2:00 P.M. because Plaintiff's attorney indicated that he intended to file a notice of dismissal within 20 days. Min. Order, ECF No. 6.

    Plaintiff's attorney has not filed a notice of dismissal in this case. Accordingly, Plaintiff's attorney is ORDERED TO SHOW CAUSE in writing within fourteen (14) days as to why he should not

1

1  be sanctioned in the amount of $150.00, as permitted by Local Rule
2  110.
3      The status conference currently set for February 6, 2012 is
4  CONTINUED to May 14, 2012 at 10:30 A.M.
5      IT IS SO ORDERED.
6      DATED:  February 2, 2012.

```
                            /s/ Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```

2